IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 2:01-cr-64 |
| vs. ) | |
| ) | |
| David E. Wald, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On August 15, 2007, the supervising probation officer filed a petition alleging a violation of supervised release (doc. #39). With the consent of the Defendant, a hearing on the petition was held before the Honorable Karen K. Klein, Magistrate Judge, on August 22, 2007.

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending this Court find the Defendant violated conditions of his supervised release (doc. #43).  The parties have waived their opportunity to object to the Report and Recommendation, so the Court may enter an order adopting the Report and Recommendation immediately (doc. #43).  Upon review of these items and the entire file, the Court finds the Magistrate Judge's Recommendations correct and hereby adopts the Report and Recommendation.  The Court thus **FINDS** that a violation of supervised release has occurred as alleged in the petition.

Based upon the Magistrate Judge's Recommendations, **IT IS ORDERED** that the Defendant's supervised release is **REVOKED** and

the Defendant be incarcerated for a term of four (4) months.  At the completion of this term of incarceration, no new term of supervised release shall be imposed.  Furthermore, this Court **RECOMMENDS** to the Bureau of Prisons that the Defendant be designated to serve the period of incarceration at a facility near Fargo, North Dakota, to facilitate the visitation and support of his family, in particular his infant son.

**IT IS SO ORDERED.**

Dated this 23rd day of August, 2007.

_____
RODNEY S. WEBB  District Judge
United States District Court